UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALEX ALVARAN AVILA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01823-MPB-MJD |
| | ) | |
| BRISON SWEARINGEN Sheriff, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

The Court **accepts** the petitioner's notice of voluntary dismissal, dkt. [19]. This action is **dismissed without prejudice**. The petitioner's motion for temporary restraining order, dkt. [2], is **denied as moot**. The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Dated:  September 26, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Rachel Dever
Church Church Hittle and Antrim
rdever@cchalaw.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com

Spenser K. Rohler
Gresk & Singleton, P.C.
srohler@gslawindy.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov